# EXHIBIT C

## Exhibit C

(6) photographs of a single container identified as product number WT64-F-TE



(1.) Top view of container

STM 317787.1



(2.) Side view of container



(3.) Top view of container with lid removed

STM 317787.1



(4.) Bottom view of lid

STM 317787.1



(5.) Bottom view of container, showing product number "WT64-F-TE"



(6.) Magnified view of (5.) showing product number "WT64-F-TE"