**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**CENTRAL DIVISION**

| | |
|---|---|
| **INLINE PLASTICS CORP.,**<br>   a Connecticut corporation,<br>                                        Plaintiff,<br>vs.<br>**EASYPAK, LLC,**<br>   a Massachusetts corporation,<br>                                        Defendant. | C.A. No. 4:11-CV-11470-TSH |

**INLINE PLASTICS CORP.'S MOTION FOR ENTRY OF JUDGMENT OF NON-INFRINGEMENT AND TO DISMISS DEFENDANT'S COUNTERCLAIMS OR, IN THE ALTERNATIVE, ENTER FINAL JUDGMENT ON INLINE'S INFRINGEMENT CLAIM UNDER RULE 54(B)**

This Court's Claim Construction Order (ECF 47), construed certain limitations of U.S. Patent No. 7,118,003 ("the '003 patent) to require "a removable tear strip, delimited by at least two severable score lines." While plaintiff, Inline Plastics Corp. ("Inline") respectfully submits that such claim constructions are in error, it is bound by those constructions pending an appeal to the U.S. Court of Appeal for the Federal Circuit. Those constructions are dispositive on the issue of infringement for each of the asserted claims of the '003 patent, and all parties agree that judgment of noninfringement of the asserted claims of the '003 patent should enter (although EasyPak stated that it would oppose all other relief requested herein). Inline submits, however, that these constructions form the fundamental dispute between the parties, and it is the resolution of this dispute by the Federal Circuit that will alter parties' legal relationship. Thus, in view of the Court's Claim Construction Order effectively disposing of the issue of infringement (and the parties agreement that judgment of noninfringement on the asserted claims of the '003 patent

under those constructions should enter), and with mediation unsuccessful and the deadline for opening expert reports fast approaching, Inline requests that the Court dismiss Defendant's counterclaim for declaratory judgment of invalidity of the '003 patent (Counterclaim Count II) without prejudice.  In the alternative, Inline requests that Court certify a final judgment of noninfringement for appeal pursuant to Federal Rule of Civil Procedure 54(b) and stay EasyPak's counterclaims pending the outcome of said appeal.  *See Nystrom v. TREX Co., Inc.,* 339 F.3d 1347, 1350–51 (Fed. Cir. 2003) (describing a dismissal without prejudice or certification under Rule 54(b) as alternative mechanisms by which a district court can send a noninfringement judgment up to the Federal Circuit for immediate review).  Also, having granted a covenant not to sue on the other patent-in-suit, U.S. Patent No. 7,073,680 ("the '680 patent"), Inline requests dismissal of its Count II for infringement and EasyPak's Counterclaim Count I for invalidity of the '680 patent.

In support of its motion, Inline submits the accompanying memorandum of law.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts, Inline Plastics requests a hearing with respect to this Motion.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

In accordance with the requirements of Local Rule 7.1(a)(2) of the United States District Court for the District of Massachusetts, the undersigned certifies that a telephone conference was held on September 27, 2013 and a further exchange of emails occurred between October 9-11 in an attempt to resolve or narrow the issues presented in this motion.  On October 11, Plaintiff's confirmed that EasyPak would be amenable to summary judgment of non-infringement entering in its favor, but would oppose all other relief requested herein.

Dated: October 14, 2013

Respectfully submitted,
**PLAINTIFF INLINE PLASTICS CORP.**
By its attorneys,

/s/ Adam P. Samansky
David J. Silvia (Pro Hac Vice)
dsilvia@edwardswildman.com
Barry Kramer (Pro Hac Vice)
bkramer@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
201 Broad Street
Stamford, CT 06901
Tel. (203) 975-7505
Fax. (203) 975-7180

David Cotta (BBO # 672206)
dcotta@edwardswildman.com
Adam P. Samansky (BBO # 661123)
asamansky@edwardswildman.com
111 Huntington Avenue
Boston, MA 021199
Tel. (617) 239-0100
Fax. (617) 227-4420

**CERTIFICATE OF SERVICE**

I, Adam P. Samansky, hereby certify that this document filed through the ECF system will be sent electronically to all counsel of record as registered participants as identified on the Notice of Electronic Filing (NEF) on this 14th day of October 2013.

/s/ Adam P. Samansky
(BBO No. 661123)