UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Inline Plastics Corp.,
        Plaintiff,

    v.                              CIVIL ACTION NO. 11-11470-TSH

Easypak, LLC.,
        Defendant,

**JUDGMENT IN A CIVIL CASE**

HILLMAN, D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED:** that judgment of non-infringement be entered on Count I of Inline's Complaint and that Count II of EasyPak's Counterclaim be dismissed without prejudice. Further, this Court orders that Count II of Inline's Complaint be dismissed with prejudice, and Count I of EasyPak's Counterclaim be dismissed for lack of subject matter jurisdiction.

                                                      ROBERT FARRELL, CLERK

Dated:  2/4/14                                      /s/ Martin Castles
                                                         ( By ) Deputy Clerk