UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Inline Plastics Corp.,
    Plaintiff(s),

V.

Easypak, LLC,
    Defendant(s),

CIVIL ACTION

NO. **11-11470-TSH**

### SETTLEMENT ORDER OF DISMISSAL

**Hillman, D. J.**

    The Court having been advised on    August 5, 2016    that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

   August 9, 2016                        /s/ Martin Castles
    Date                                      Deputy Clerk