IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INLINE PLASTICS CORP., a Connecticut Corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>EASYPAK, LLC, a Massachusetts Corporation,<br><br>                    Defendant. | C.A. No. 4:11-CV-11470-TSH |

## DISMISSAL STIPULATION

The Parties, by their undersigned counsel, hereby stipulate and agree that all claims and counterclaims in this matter are hereby dismissed with prejudice, no interest, no costs.

| INLINE PLASTICS CORP. | EASYPAK, LLC |
|---|---|
| By Its Attorneys, | By Its Attorneys, |
| /s/ David Silvia | /s/ Craig M. Scott |
| Alicia J. Carroll, Esq. (BBO No. 687797) | Craig M. Scott, Esq. (BBO No. 556210) |
| David Silvia, Esq. (*Pro Hac Vice*) | Christine K. Bush, Esq. (BBO No. 635381) |
| Barry Krammer, Esq. (*Pro Hac Vice*) | HINCKLEY, ALLEN & SNYDER LLP |
| LOCKE LORD LLP | 100 Westminster Street, Suite 1500 |
| 201 Broad Street | Providence, RI 02903 |
| Stamford, CT 06901 | Tel: (401) 274-2000 |
| Tel. (2013) 975-7505 | Fax (401) 277-9600 |
| Fax. (203) 975-7180 | cscott@hinckleyallen.com |
| alicia.carroll@lockelord.com | cbush@hinckleyallen.com |
| david.silvia@lockelord.com | |
| barry.krammer@lockelord.com | |

DATED:  October 4, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2016, a true copy of the foregoing *Dismissal Stipulation* was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

        David J. Silvia, Esq.
        Barry Kramer, Esq.
        Alicia J. Carroll, Esq.
        Locke Lord LLP
        201 Broad Street
        Stamford, CT 06901

        /s/ Craig M. Scott

# 55940096